JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PORTIA MASON,<br><br>    Plaintiff,<br><br>    v.<br><br>BOB'S DISCOUNT FURNITURE.,<br><br>    Defendants. | Case No. 2:21-cv-06618-VAP-JDEx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: December 22, 2021

VIRGINIA A. PHILLIPS
United States District Judge